Thomas C. Nelson, Calif. Bar No. 82506
tom@tcnlaw.com
550 West Broadway, Suite 550
San Diego, CA 92101
Telephone: (619) 236-1245
Facsimile: (619) 236-0230

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In Re:                                )   Case No. 09-19670-PB11
                                      )
PANOCHE VALLEY, LLC,                  )   DECLARATION OF TODD BROWN
                                      )   IN OPPOSITION TO U.S. TRUSTEE'S
                                      )   MOTION TO DISMISS
                                      )
                                      )   Hon. Peter W. Bowie
       Debtor.                        )
                                      )   Ex Parte
                                      )

Todd Brown declares:

1. I am the Manager and a Member of Panoche Valley, LLC, the Debtor in this proceeding (the "Debtor").

2. Along with counsel, I attended the Initial Debtor Interview with the US Trustee's Office on January 14, 2010.

3. I also attended the initial 341a hearing in this case which was held on January 26, 2010. I answered questioned posed by the US Trustee's Office for over one hour. The US Trustee also requested that the Debtor produce a number of documents regarding its assets and liabilities. On behalf of the Debtor, I timely produced those documents directly to the Office of the US Trustee by the February 5, 2010, deadline set at the hearing.

hearing.

4. At the conclusion of his questioning on January 26, 2010, the counsel for the US Trustee continued the 341a for the Debtor to provide the additional requested material and to give the US Trustee's Office an opportunity to review the documents. My understanding was that the hearing would not go forward unless the US Trustee had more questions based on the additional documents requested. Since I did not hear from either the US Trustee's Office or my counsel that there were additional questions, I believed the continued 341a hearing would not be held. Had I known it was going to proceed, I would have appeared and answered any and all questions asked. I will appear at a 341a hearing if it is rescheduled.

5. The Debtor has filed its Schedules and Statement of Financial Affairs and its Operating Report for the partial month of December 2009. I also prepared and provided the Operating Report for January 2010 to my counsel. I understand that it has not yet been filed only because the Debtor's counsel has been ill and has not reviewed it.

Signed on March 5, 2010, at San Diego, California.

The above is of my personal knowledge, and I could and would competently testify thereto.

*[signature: Todd Brown]*

Todd Brown