ENTERED
LODGED
RECEIVED

MAR 0 8 2010

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY Jesus                              DEPUTY

Thomas C. Nelson, Calif. Bar No. 82506
tom@tcnlaw.com
550 West Broadway, Suite 550
San Diego, CA 92101
Telephone:  (619) 236-1245
Facsimile:  (619) 236-0230


Attorney for Debtor


UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA


| In Re: | ) | Case No. 09-19670-P0B11 |
|---|---|---|
| | ) | |
| PANOCHE VALLEY, LLC, | ) | DECLARATION OF THOMAS C. |
| | ) | NELSON  IN OPPOSITION |
| | ) | TO U.S. TRUSTEE'S |
| | ) | MOTION TO DISMISS |
| | ) | |
| | ) | Hon. Peter W. Bowie |
| Debtor. | ) | |
| | ) | Ex Parte |
| | ) | |

Thomas C. Nelson declares:

1.  I am an attorney licensed to practice law in the State of California and admitted before this Court, and represent Panoche Valley, LLC, the Debtor in this proceeding (the "Debtor") in this proceeding.

2.  Along with Todd Brown, Manager of the Debtor, I attended the Initial Debtor Interview with the US Trustee's Office on January 14, 2010.

3.  I also attended the initial 341a hearing in this case which was held on January 26, 2010.  Mr. Brown answered questioned posed by the US Trustee's Office for over one hour.  The US Trustee also requested that the Debtor produce a number of documents regarding its assets

and liabilities.  On behalf of the Debtor, Mr. Brown timely produced those documents directly to the Office of the US Trustee by the February 5, 2010, deadline set at the hearing.

4. At the conclusion of his questioning on January 26, 2010, the counsel for the US Trustee continued the 341a hearing to February 23, 2010, for the Debtor to provide the additional requested material and to give the US Trustee's Office an opportunity to review the documents. I noted the date on my personal calendar but did not enter it into my computer database.

5. I was admitted to Sharp Hospital on Tuesday, February 16, 2010, at the direction of my doctor, and was there for one week.  I was discharged from Sharp on Monday, February 22, 2010, with orders from my attending physician not to work for at least another week.  I am still maintaining a limited schedule.

6. While I was hospitalized, an Associate rescheduled pending hearings, including one in this case, and other matters I could not attend.  He did not contact the US Trustee about the continued 341a hearing because it did not appear on my computer database.  I take responsibility for the Debtor not appearing at the hearing and Mr. Ortiz not having been advised of the circumstances.

7. The Debtor has filed its Schedules and Statement of Financial Affairs and its Operating Report for the partial month of December 2009.  The Debtor also prepared and provided the Operating Report for January 2010 to me.  I understand that it has not yet been filed only because the Debtor's counsel has been ill and has not reviewed it.

Signed on March 7, 2010, at San Diego, California.

The above is of my personal knowledge, and I could and would competently testify thereto.

Thomas C. Nelson

*In Re:  Panoche Valley, LLC*
**Case No. 09-19670-PB11**

## PROOF OF SERVICE

I am over the age of 18 years and am not a party to the within action or proceeding.  My business address is 550 West C Street, Suite 1850, San Diego, CA  92101.

On March 8, 2010, I served the following documents

**DECLARATION OF TODD BROWN IN OPPOSITION TO US TRUSTEE'S MOTION TO DISMISS**

**DECLARATION OF THOMAS C. NELSON IN OPPOSITION TO US TRUSTEE'S MOTION TO DISMISS**

on the following interested parties in this action:

David A. Ortiz, Esq.
Office of the United States Trustee
402 West Broadway, Suite 600
San Diego, CA 92101

       (By Mail) I caused such envelope with postage thereon, fully prepaid, to be placed in the United States mail.

X      (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee.

Signed on March 7, 2010, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                            Thomas C. Nelson