CSD 1001A [08/22/03]
Name, Address, Telephone No. & I.D. No.

DAVID A. ORTIZ, ATTORNEY #167587
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
619-557-5013

**UNITED STATES BANKRUPTCY COURT**

Order Entered on March 11, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

PANOCHE VALLEY LLC,

Debtor.

BANKRUPTCY NO. 09-19670-B11

Date of Hearing: Ex-Parte
Time of Hearing: n/a
Name of Judge:   PETER W. BOWIE

# ORDER DISMISSING CASE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through  2  with exhibits, if any, for a total of   2   pages, is granted.  Motion/Application Docket Entry No.   20  

//
//
//
//
//
//

DATED:  March 10, 2010

Judge 

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE
(Firm name)

By: /S/ David A. Ortiz
    Attorney for Movant

CSD 1001A

CSD 1001A [08/22/03] (Page 2)
ORDER DISMISSING CASE
DEBTOR: PANOCHE VALLEY, LLC,                                              CASE NO. 09-19670-B11

---

The Ex Parte Motion of the United States Trustee to Dismiss Case for Debtor's Failure to Appear at the § 341(a) Meeting ("Motion"), came before the Court without hearing, in Department Four of the United States Bankruptcy Court for the Southern District of California, the Honorable Peter W. Bowie, Bankruptcy Judge, presiding.  No party in interest has objected to the dismissal.

Based upon the Motion and Declaration of Lorraine Green filed in support thereof, the Court finds that the debtor failed to attend the § 341(a) meeting of creditors, as required under 11 U.S.C. § 343 and Fed. R. Bankr. P. 4002.  The Court also finds that proper notice of the Motion was served on all parties by the Clerk of the U.S. Bankruptcy Court in his *NOTICE OF CHAPTER 11 OF BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES,* dated December 28, 2009.

Based upon the above findings, and for cause,

IT IS HEREBY ORDERED that this case is dismissed.

CSD 1001A

*Signed by Judge Peter W. Bowie March 10,2010*