# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | PANOCHE VALLEY, LLC |
| **Case Number:** | 09-19670-PB11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 13, 2010 11:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matters:

1) LIBERTY ASSET MANAGEMENT CORPORATION'S MOTION FOR RELIEF FROM STAY (RS #JV-1)

2) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 5/10/10)

### Appearances:

THOMAS C. NELSON, ATTORNEY FOR PANOCHE VALLEY, LLC
JOHN VOZENILEK, ATTORNEY FOR LIBERTY ASSET MANAGEMENT CORPORATION
TODD BROWN present

### Disposition:

1) Hearing continued to 6/28/10 at 11:00 AM.  Stay in effect.
   Sale motion to be timely noticed.

2) Hearing continued to 6/28/10 at 11:00 AM.