# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | PANOCHE VALLEY, LLC |
| **Case Number:** | 09-19670-PB11     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JUNE 28, 2010 11:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matters:

1) LIBERTY ASSET MANAGEMENT CORPORATION'S MOTION FOR RELIEF FROM STAY (RS #JV-1) (fr. 5/13/10)

2) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 5/13/10)

### Appearances:

MARY TESTERMAN DUVIOSIN, ATTORNEY FOR U.S TRUSTEE
THOMAS C. NELSON, ATTORNEY FOR PANOCHE VALLEY, LLC
JOHN VOZENILEK, ATTORNEY FOR LIBERTY ASSET MANAGEMENT CORPORATION
TODD BROWN, MANAGER

### Disposition:

1) Granted. No sale for 60 days. Order to come from Vozenilek. Contested.

2) Continued to 9/13/10 at 2:30 p.m.