Thomas C. Nelson  SBN 82506
484 Prospect Street
La Jolla, California 92037
858.875.5092
tom@tcnlaw.com

Attorney for Debtor Panoche Valley, LLC

FILED
ENTERED
LODGED
RECEIVED

AUG 2 7 2010

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In Re:

    Panoche Valley, LLC,
    A limited liability company,

        Debtor.

Case No. 09-19670-PB11

Chapter 11

**EMERGENCY** EX PARTE APPLICATION FOR INJUNCTIVE RELIEF UNDER 11 U.S.C. §105 RESTRAINING TRUSTEE'S SALE PENDING HEARING ON DEBTOR'S MOTION TO SELL PROPERTIES FREE AND CLEAR OF LIENS WITH SUPPORTING DECLARATIONS OF TODD BROWN AND THOMAS C. NELSON

Judge:  Hon. Peter W. Bowie
Dept:   4

## DEBTOR'S APPLICATION FOR ORDER SHORTENING TIME

Panoche Valley, LLC, the Debtor in this matter, hereby applies to the Court for an Order under 11 U.S.C..§105 restraining Liberty Asset Management Corporation ("Liberty"). From conducting its Trustee's Sale, now scheduled for Monday, August 30, 2010, under its deed of trust to Debtor's two properties located at 2483 Kettner Blvd., San Diego, CA 92101 and 2487 Kettner Blvd., San Diego, CA 92101 (the "Properties") pending a hearing on Debtor's Motion to Sell Properties Free and Clear of Liens (the "Motion").  Debtor was not able to bring the Motion previously because the private financing for both sales was only

recently finalized. The Debtor has concurrently submitted an Application for Order Shortening Time for Hearing on the Motion, as well as the Motion itself.

Dated: August 27, 2010

Thomas C. Nelson

### DECLARATION OF TODD BROWN

TODD BROWN declares:

1. I am the Manager of Panoche Valley, LLC, the Debtor in this matter.

2. The Debtor has been negotiating to sell the two Properties for several months. Given the current lending environment and the terms of the two sales, the purchasers of the Properties were not able to obtain conventional financing. The Debtor assisted the buyers in obtaining private financing. The lender finally approved the loans and issued commitment letters, which were accepted by the buyers, late last week. I so advised Debtor's counsel.

3. All contingencies for the two transactions have either been satisfied or removed. The only remaining condition in each of the sales is approval by this Court and the recordation of an order approving the sales.

4. Liberty has a Trustee's Sale scheduled for Monday, August 30, 2010, as to its trust deed which encumbers both Properties.

5. The Debtor's sale of the two Properties as described more fully in the Motion is essential for the Debtor to formulate a Plan of Reorganization and pay unsecured creditors within a reasonable time.

The above is of my personal knowledge, and I could and would competently testify thereto if called as a witness.

Signed on August 27, 2009, at San Diego, California...

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Todd Brown

## DECLARATION OF THOMAS C. NELSON

THOMAS C. NELSON declares:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court. I am counsel for Panoche Valley, LLC the Debtor in this matter.

2. Todd Brown, the Manager of the Debtor, advised me on Friday, August 20, 2010, that the private lender financing the purchase and sale of the two Properties had approved the two loans and issued commitment letters which were being accepted by the two purchasers. He provided me signed purchase agreements and indicated the remaining transaction document were being signed and would be forwarded.

3. I left for Rochester, New York, on Saturday, August 21, 2010, on a pre-planned trip accompanying by son to the University of Rochester where he is an entering freshman. I am still in New York and am leaving today. Given that commitment, the fact that I am a sole practitioner and the logistics of having to draft and file the Motion remotely, the Debtor and I were not able to file the Motion and this Application before now.

The above is of my personal knowledge, and I could and would competently testify thereto if called as a witness.

Signed on August 27, 2009, at Rochester, New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Thomas C. Nelson

Thomas C. Nelson
550 West C Street, Suite 1850
San Diego, California 92101
619.236.1245