# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | PANOCHE VALLEY, LLC |
| **Case Number:** | 09-19670-PB11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 13, 2010 02:30 PM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matters:

1) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 6/28/10)

2) DEBTOR'S MOTION TO SELL PROPERTIES FREE AND CLEAR OF LIENS [2483 KETTNER BLVD. & 2487 KETTNER BLVD., SAN DIEGO, CA] (ON SHORTENED TIME)

### Appearances:

DAVID A. ORTIZ, ATTORNEY FOR U.S. TRUSTEE
THOMAS C. NELSON, ATTORNEY FOR PANOCHE VALLEY, LLC
TODD BROWN, MANAGER

### Disposition:

1) Continued to 10/18/10 at 3:30 p.m.   U.S. Trustee considering mortion to dismiss or convert case.

2) Off calendar. Moot.