# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | PANOCHE VALLEY, LLC |
| **Case Number:** | 09-19670-PB11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 10, 2011 03:30 PM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matters:

1) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 12/6/10)

2) UNITED STATES TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7

### Appearances:

DAVID A. ORTIZ, ATTORNEY FOR U.S. TRUSTEE
TODD BROWN, MANAGER

### Disposition:

Case to convert to Ch. 7, no lodgement of order is needed.