CSD 2011 [12/01/09]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Trustee (144615)
401 Via Del Norte
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on April 08, 2011 by Clerk U.S. Bankruptcy Court Southern District of California

In Re

PANOCHE VALLEY, LLC

BANKRUPTCY NO. 09-19670-PB7

Debtor.

## TRUSTEE'S MOTION TO DISMISS CASE AND ORDER

The undersigned Trustee respectfully represents that:

☐ More than fourteen (14) days have elapsed since the filing of the petition and the debtor has failed to timely file either schedules, statements and/or plan required pursuant to Fed. R. Bankr. P. 1007(b) or a motion for extension of time pursuant to Fed. R. Bankr. P. 1007(a)(4).

☑ The debtor failed to appear and testify at the regularly scheduled and duly noticed First Meeting of Creditors held on April 1, 2011 pursuant to 11 U.S.C. § 341(a) or any continued Meeting of Creditors scheduled thereafter.

☐ If checked, this case was filed by the filing of a joint petition and this motion applies to only one of the debtors, namely: _____.

Wherefore, the Trustee moves that the within case be dismissed without prejudice.

Dated: April 7, 2011

/s/ Leslie T. Gladstone
☑ Chapter 7 Trustee    ☐ Chapter 13 Trustee

**ORDER**

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. The above-entitled case is dismissed without prejudice as to the above-named debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-3.
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 shall hereafter apply.

DATED: April 08, 2011

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

By: /s/ Leslie T. Gladstone
    Trustee

CSD 2011